# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEFFREY A. LIEPELT

VERSUS

RIVER CLUB DEVELOPMENT, LLC,
MJB CONSTRUCTION, LLC, POOLS
BY JOE CROWTON, LLC, TOC
HARD SCAPES UNLIMITED, INC.,
AND LAMULLE CONSTRUCTION,
L.L.C.

NO.  2025 CW 0937

**OCTOBER 01, 2025**

---

In Re:    Pools By Joe Crowton, LLC, applying for supervisory
          writs, 22nd Judicial District Court, Parish of St.
          Tammany, No. 2019-12842.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT DENIED.**

                              **PMc**
                              **HG**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT